IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JANIEKA HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-669-RAH |
| | ) |
| CHAMBERS COUNTY POLICE DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 19, 2025, the Magistrate Judge recommended that the Defendants' *Motions to Dismiss* (docs. 7 & 11) be granted. (Doc. 19.) The Magistrate Judge further ordered that any objections to the Report and Recommendation should be filed on or before March 5, 2025. To date, no objections have been filed. Therefore, upon an independent review of the record, it is **ORDERED** as follows:

1) The Report and Recommendation (doc. 19) is **ADOPTED**;

2) The Defendants' *Motions to Dismiss* (docs. 7 & 11) are **GRANTED**; and,

3) This action is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

**DONE** and **ORDERED** on this the 14th day of April 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE